```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 07-41076 EDJ |
| **JAMES ANTHONY TAYLOR and DEBRA ANN TAYLOR,** | Chapter 13 |
| Debtors. | OPPOSITION TO TRUSTEE'S MOTION TO DISMISS AND REQUEST FOR HEARING |

Debtors, James Anthony Taylor & Debra Ann Taylor, ("Debtors") hereby oppose the Chapter 13 Trustee's Motion to Dismiss their case for failure to make plan payments. On March 17, 2011, Debtors filed a Motion to Modify Plan to increase their plan payments to $753.00 per month to make their plan feasible. On April 20, 2011, the court granted the order modifying the debtors' plan. The Order for Debtors' Employer to Pay Trustee was only recently changed on September 7, 2011. The plan will be deemed complete pursuant to the modification on July 2012. The Debtors respectfully request that the Chapter 13 Trustee withdraw their Motion to Dismiss their case.

Dated: September 28, 2011

/s/ Anne Y. Shiau
Anne Y. Shiau
Attorney for Debtors