# United States Bankruptcy Court
## Northern District of California
### Oakland Division

In re: Debra Ann Taylor    Case Number: 0741076

James Anthony Taylor

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| National Capital Management, LLC. | WELLS FARGO AUTO FINANCE |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

National Capital Management, LLC
8245 Tournament Drive, Suite 230
Memphis, TN 38125

Court Claim # (if known): 05
Amount of Claim: 16,800.97
Date Claim Filed: 05/02/2007

Phone: 901-748-2900
Last Four Digits of Acct. #: 8339

Phone: 909-477-8160
Last Four Digits of Acct. #: 9001

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Christopher M. Wall - Director of Operations    Date: 4/28/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Case: 07-41076   Doc# 57   Filed: 04/28/12   Entered: 04/28/12 20:10:12   Page 1 of 1